UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Jean Carlo Orozco, individually and on behalf all other
employees similarly situated,

        Plaintiff,      Case No. 18-cv-0688

     -against -      **DEFAULT JUDGMENT**

Royal Events Flowers Inc. d/b/a Royal Events,
and Michael Sachakov

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

  This action having been commenced on January 31, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendants, Royal Events Flowers Inc. d/b/a Royal Events, by serving a copy of the Summons and Complaint upon NYS Secretary of State as proper receiving agent of the corporation who is authorized to accept service on its behalf on February 8, 2018; on Defendant Michael Sachakov on February 13, 2018, by delivering and leaving a true copy of the summons and complaint to a person of suitable age and discretion at Michael Sachakov's actual place of business; and proof of service having been filed on March 2, 2018 and April 19, 2018 and the above mentioned Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

  ORDERED, ADJUDGED AND DECREED:  That Plaintiff Jean Carlo Orozco have judgment against defendants in the amount of $48,042.00 with interest at 9% from June 26, 2019 up to the date of judgment of $3,719.00, amounting to $51,761.00; plus costs and disbursements of this action in the amount of $11,765.96 amounting in all to $63,526.96.

Dated:

_____          _____
                                                                       U.S.D.J.
This document was entered on the docket on _____.